JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                                                   DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER          ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]    Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

Is this an international arbitration case?       No [ ]      Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                           NATURE OF SUIT

                    TORTS                                                                                                     ACTIONS UNDER STATUTES

**CONTRACT**              **PERSONAL INJURY**        **PERSONAL INJURY/**          **FORFEITURE/PENALTY**   **BANKRUPTCY**                  **OTHER STATUTES**
                                                     [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE        [ ] 310 AIRPLANE           PHARMACEUTICAL PERSONAL       [ ] 625 DRUG RELATED     [ ] 422 APPEAL                  [ ] 375 FALSE CLAIMS
[ ] 120  MARINE           [ ] 315 AIRPLANE PRODUCT   INJURY/PRODUCT LIABILITY      SEIZURE OF PROPERTY          28 USC 158                  [ ] 376 QUI TAM
[ ] 130  MILLER ACT               LIABILITY         [ ] 365 PERSONAL INJURY            21 USC 881           [ ] 423 WITHDRAWAL              [ ] 400 STATE
[ ] 140  NEGOTIABLE       [ ] 320 ASSAULT, LIBEL &           PRODUCT LIABILITY    [ ] 690 OTHER                 28 USC 157                      REAPPORTIONMENT
         INSTRUMENT               SLANDER           [ ] 368 ASBESTOS PERSONAL                                                                [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF      [ ] 330 FEDERAL                    INJURY PRODUCT                                                                  [ ] 430 BANKS & BANKING
         OVERPAYMENT &            EMPLOYERS'                 LIABILITY            **PROPERTY RIGHTS**                                        [ ] 450 COMMERCE
         ENFORCEMENT              LIABILITY                                                                                                  [ ] 460 DEPORTATION
         OF JUDGMENT      [ ] 340 MARINE            **PERSONAL PROPERTY**         [ ] 820 COPYRIGHTS                                         [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT     [ ] 345 MARINE PRODUCT                                  [ ] 830 PATENT                                                     ENCED & CORRUPT
[ ] 152  RECOVERY OF              LIABILITY         [ ] 370 OTHER FRAUD           [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                    ORGANIZATION ACT
         DEFAULTED        [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                                                                        (RICO)
         STUDENT LOANS    [ ] 355 MOTOR VEHICLE                                   [ ] 840 TRADEMARK                                          [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)          PRODUCT LIABILITY                                                         **SOCIAL SECURITY**               [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF      [ ] 360 OTHER PERSONAL    [ ] 380 OTHER PERSONAL        **LABOR**
         OVERPAYMENT              INJURY                     PROPERTY DAMAGE                                [ ] 861 HIA (1395ff)             [ ] 850 SECURITIES/
         OF VETERAN'S     [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE       [ ] 710 FAIR LABOR        [ ] 862 BLACK LUNG (923)                 COMMODITIES/
         BENEFITS                 MED MALPRACTICE            PRODUCT LIABILITY            STANDARDS ACT     [ ] 863 DIWC/DIWW (405(g))               EXCHANGE
[ ] 160  STOCKHOLDERS                                                             [ ] 720 LABOR/MGMT        [ ] 864 SSID TITLE XVI
         SUITS                                                                            RELATIONS        [ ] 865 RSI (405(g))
[ ] 190  OTHER                                      **PRISONER PETITIONS**        [ ] 740 RAILWAY LABOR ACT                                  [ ] 890 OTHER STATUTORY
         CONTRACT                                   [ ] 463 ALIEN DETAINEE        [ ] 751 FAMILY MEDICAL   **FEDERAL TAX SUITS**                    ACTIONS
[ ] 195  CONTRACT         **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO            LEAVE ACT (FMLA)                                          [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                           VACATE SENTENCE                                  [ ] 870 TAXES (U.S. Plaintiff or
         LIABILITY        **CIVIL RIGHTS**                 28 USC 2255            [ ] 790 OTHER LABOR              Defendant)
[ ] 196  FRANCHISE                                  [ ] 530 HABEAS CORPUS                LITIGATION         [ ] 871 IRS-THIRD PARTY           [ ] 893 ENVIRONMENTAL
                          [ ] 440 OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY        [ ] 791 EMPL RET INC            26 USC 7609                        MATTERS
                                 (Non-Prisoner)     [ ] 540 MANDAMUS & OTHER              SECURITY ACT (ERISA)                               [ ] 895 FREEDOM OF
**REAL PROPERTY**         [ ] 441 VOTING                                                                                                             INFORMATION ACT
                          [ ] 442 EMPLOYMENT                                      **IMMIGRATION**                                             [ ] 896 ARBITRATION
[ ] 210  LAND             [ ] 443 HOUSING/          **PRISONER CIVIL RIGHTS**                                                                [ ] 899 ADMINISTRATIVE
         CONDEMNATION             ACCOMMODATIONS                                  [ ] 462 NATURALIZATION                                             PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE      [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS                  APPLICATION                                                APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &             DISABILITIES -    [ ] 555 PRISON CONDITION      [ ] 465 OTHER IMMIGRATION
         EJECTMENT                EMPLOYMENT        [ ] 560 CIVIL DETAINEE                ACTIONS                                            [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND    [ ] 446 AMERICANS WITH           CONDITIONS OF CONFINEMENT                                                                 STATE STATUTES
[ ] 245  TORT PRODUCT             DISABILITIES -OTHER
         LIABILITY        [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                        AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                             IF SO, STATE:
DEMAND $_____ OTHER _____   JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND:  [ ] YES  [ ] NO             NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS   [ ] MANHATTAN

DATE _____  SIGNATURE OF ATTORNEY OF RECORD /s/Amanda Peterson  ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT # _____  Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)