```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
PAUL CULBERTSON, *individually and on behalf of all others similarly situated*, ET AL,

MELISSA ALEXANDER, *individually and on behalf of all others similarly situated*,

JANET M. BURNS, *individually and on behalf of all others similarly situated*,

KATHY NEAL, *individually and on behalf of all others similarly situated*,

                               Plaintiffs,

    -v-

DELOITTE CONSULTING LLP,

                              Defendant.
----------------------------------------------------------------------X

20-cv-3962
20-cv-4129
20-cv-4077
20-cv-4362

ORDER

LEWIS J. LIMAN, United States District Judge:

    These cases have all been assigned to the Court due to their relatedness.

    For convenience, expedition, and judicial economy, the Court intends to consolidate them into a single action. *See* Federal Rule of Civil Procedure 42(a)(2); *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284–85 (2d. Cir 1990) (noting that district courts have "broad discretion to determine whether consolidation is appropriate" and that "courts have taken the view that considerations of judicial economy favor consolidation"); *Garber v. Randell*, 477 F.2d 711, 714 (2d Cir. 1973) ("[C]onsolidation of stockholders' suits during pretrial stages pursuant to [Rule 42] may benefit both the court and the parties by expediting pretrial proceedings, avoiding duplication and harassment of parties and witnesses, and minimizing expenditure of time and money by all persons concerned.").

    IT IS HEREBY ORDERED that any party objecting to consolidation shall file a letter on ECF, not to exceed two pages, by June 23, 2020 at 5:00 p.m.

    IT IS FURTHER ORDERED that the deadline for Defendant to answer or move to dismiss any Complaint is ADJOURNED pending further order from the Court.

Dated: June 16, 2020
      New York, New York

                                                              LEWIS J. LIMAN
                                                              United States District Judge