```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAUL CULBERTSON, *individually and on behalf of all others similarly situated*, ET AL,

MELISSA ALEXANDER, *individually and on behalf of all others similarly situated*,

JANET M. BURNS, *individually and on behalf of all others similarly situated*,

KATHY NEAL, *individually and on behalf of all others similarly situated*,

       Plaintiffs,

 -v-

DELOITTE CONSULTING LLP,

       Defendant.
------------------------------------------------------------------X

20-cv-3962
20-cv-4129
20-cv-4077
20-cv-4362

ORDER

LEWIS J. LIMAN, United States District Judge:

  The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, and noting that no party has objected despite the opportunity to do so, the Court exercises its discretion to consolidate these cases into a single action. *See* Federal Rule of Civil Procedure 42(a)(2).

  The Clerk of Court is directed to consolidate all cases listed above under case number 20-cv-3962 (*Culbertson et al v. Deloitte Consulting LLP*), and to close all other cases. **Counsel are directed to make filings only under case 20-cv-3962.**

Dated: June 23, 2020
   New York, New York

                LEWIS J. LIMAN
                United States District Judge