```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANIEL BOZIN, ET AL,                                              :
:
:
Plaintiffs,                                                       :
:   20-cv-5070 (LJL)
-v-                                                               :
:   ORDER
:
DELOITTE CONSULTING LLP,                                          :
:
Defendant.                                                        :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This case has been assigned to the Court due to its relatedness to 1:20-cv-03962-LJL *Culbertson et al v. Deloitte Consulting LLP* and the matters consolidated thereinto.

For convenience, expedition, and judicial economy, the Court CONSOLIDATES this action into 1:20-cv-03962-LJL *Culbertson et al v. Deloitte Consulting LLP*. *See* Federal Rule of Civil Procedure 42(a)(2); *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284–85 (2d. Cir 1990 (noting that district courts have "broad discretion to determine whether consolidation is appropriate" and that "courts have taken the view that considerations of judicial economy favor consolidation"); *Garber v. Randell*, 477 F.2d 711, 714 (2d Cir. 1973) ("[C]onsolidation of stockholders' suits during pretrial stages pursuant to [Rule 42] may benefit both the court and the parties by expediting pretrial proceedings, avoiding duplication and harassment of parties and witnesses, and minimizing expenditure of time and money by all persons concerned.").

All orders in *Culbertson* apply equally to this action, and counsel in this action are directed to make filings only on the *Culbertson* docket.

SO ORDERED.

Dated: July 2, 2020                                       _____
       New York, New York                                        LEWIS J. LIMAN
                                                             United States District Judge