**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL CULBERTSON, KATHY NEAL, KELLY ALLISON-PICKERING, JESSICA HAIMAN, ALEXANDER CABOT, BRIANA JULIUS, NICHELLE NEWLAND, BERNADETTE NOLEN and ALEXANDREA POLICHENA, *individually and on behalf of all others similarly situated*, | **Case No.: 1:20-cv-3962-LJL** |
| Plaintiffs, | |
| v. | |
| DELOITTE CONSULTING LLP, | |
| Defendant. | |

**DECLARATION OF PHYLLIS B. SUMNER IN SUPPORT OF
DEFENDANT DELOITTE CONSULTING LLP'S MOTION TO
DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

I, Phyllis B. Sumner, declare as follows:

1.      I am a partner at King & Spalding, LLP, and lead counsel for Deloitte Consulting LLP ("Deloitte") in the above-titled action. I have personal knowledge of the matters set forth herein, and if called upon as a witness I could competently testify thereto. I make this declaration in support of Deloitte's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.

2.      Attached as Exhibit 1 is a true and correct copy of the Contract between the Ohio Department of Job and Family Services ("ODJFS") and Deloitte Consulting LLP regarding Pandemic Unemployment Assistance ("PUA") administration assistance. ODJFS requested that this Exhibit be submitted with redactions for certain sensitive security record information. Deloitte is filing a Letter-Motion with the Court today requesting that the redactions to Exhibit 1 remain under seal, for the reasons set forth therein.

3.      Attached as Exhibit 2 is a true and correct copy of the State of Colorado Governor's Office of Information Technology Master Task Order Contract with innoWake International, Inc., assigned to Deloitte Consulting LLP, and pursuant to which Deloitte performed PUA administration services for Colorado.

4.      Attached as Exhibit 3 is a true and correct copy of the assignment of the innoWake International contract to Deloitte Consulting LLP.

5.      Attached as Exhibit 4 is a true and correct copy of the Contract between the Illinois Department of Employment Security and Deloitte Consulting LLP regarding PUA administration assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of August, 2020.


*/s/ Phyllis B. Sumner*
Phyllis B. Sumner

**Counsel for Deloitte Consulting LLP**

1