# EXHIBIT 3

# CONTRACT ASSIGNMENT #1

## SIGNATURE AND COVER PAGE

| | |
|---|---|
| **State Agency** <br> Governor's Office of Information Technology | **Assignee** <br> Deloitte Consulting LLP |
| **Original Contractor - Assignor** <br> innoWake International LLC f/k/a innoWake International, Inc. | **Original Contract Number** <br> 40246 |
| **Current Contract Maximum Amount** <br><br> Total for All State Fiscal Years $38,431,301.00 | **Assignment Contract Number** <br> 121123 |
| | **Contract Performance Beginning Date** <br> June 7, 2012 |
| | **Current Contract Expiration Date** <br> June 6, 2022 |

### THE PARTIES HERETO HAVE EXECUTED THIS ASSIGNMENT

Each person signing this Assignment represents and warrants that he or she is duly authorized to execute this Assignment and to bind the Party authorizing his or her signature.

| ORIGINAL CONTRACTOR - ASSIGNOR <br> innoWake International, Inc. <br><br> *[signature]* <br> By: Marlin Metzger, CEO <br><br> Date: 2-14-19 | ASSIGNEE <br> Deloitte Consulting LLP <br><br> *[signature]* <br> By: Mark Kay, Managing Director <br><br> Date: 02/20/2019 |
|---|---|
| **STATE OF COLORADO** <br> Jared S. Polis, Governor <br> Governor's Office of Information Technology <br> Theresa M. Szczurek, Ph.D., Chief Information Officer and Executive Director <br><br> *[signature]* <br><br> ☐ Brenda Berlin, Deputy Chief Information Officer and Chief Financial Officer <br><br> ☑ Laura Calder, Deputy Chief Financial Officer <br><br> Date: 2/20/19 | |

In accordance with §24-30-202 C.R.S., this Assignment is not valid until signed and dated below by the State Controller or an authorized delegate.

**STATE CONTROLLER**
Robert Jaros, CPA, MBA, JD

By: *[signature]*
Robert Jaros, CPA, MBA, JD

Assignment Effective Date: 02-22-19

Assignment Contract Number:            Page 1 of 3

1. **PARTIES**

    This Assignment (the "Assignment") of the Original Contract shown on the Signature and Cover Page for this Assignment (the "Contract") is entered into by and between the Contractor, as defined in the Original Contract (in this document called the "Assignor"), the Assignee shown on the Signature and Cover Page for this Assignment, and the State.

2. **TERMINOLOGY**

    Except as specifically modified by this Assignment, all terms used in this Assignment that are defined in the Contract shall be construed and interpreted in accordance with the Contract. Upon the Assignment Effective Date shown on the Signature and Cover Page for this Assignment, the term "Contractor" in the Contract and all modifications to the Contract shall refer to Assignee.

3. **ASSIGNMENT EFFECTIVE DATE AND TERM**

    A. Assignment Effective Date

      This Assignment shall not be valid or enforceable until the Assignment Effective Date shown on the Signature and Cover Page for this Assignment. The State shall not be bound to Assignee by any provision of this Assignment before that Assignment Effective Date, and shall have no obligation to pay Assignee for any Work performed or expense incurred under this Assignment before the Assignment Effective Date.

    B. Assignment Term

      Assignee's and the State's respective performances under this Assignment and the changes to the Contract contained herein shall commence on the Assignment Effective Date shown on the Signature and Cover Page for this Assignment and shall terminate upon the expiration or termination of the Contract.

4. **PURPOSE**

    The purpose of this Assignment is for Assignor to assign the Contract to Assignee to the extent provided for in this Assignment.

5. **EFFECT OF ASSIGNMENT**

    Upon the Assignment Effective Date, Assignor assigns the Contract to Assignee, and Assignee shall have all rights and perform all duties and fulfill all obligations of Assignor.

6. **RESERVED**

7. **LIMITS OF EFFECT AND ORDER OF PRECEDENCE**

    This Assignment is incorporated by reference into the Contract, and the Contract and all prior Assignments or other modifications to the Contract, if any, remain in full force and effect except as specifically modified in this Assignment. Except for the Special Provisions contained in the Contract, in the event of any conflict, inconsistency, variance, or contradiction between the provisions of this Assignment and any of the provisions of the Contract or any prior modification to the Contract, the provisions of this Assignment shall in all respects supersede, govern, and control. The provisions of this Assignment shall only supersede, govern, and control over the

Special Provisions contained in the Contract to the extent that this Assignment specifically modifies those Special Provisions.

8. **RESERVED**

9. **CONSENT TO ASSIGNMENT**

    The State hereby consents to the assignment of this Contract between Assignor and Assignee subject to the provisions of this Assignment.

**THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK**

| Attachment 1 to Assignment ||||||
|---|---|---|---|---|---|
| innoWake Master Task Order Contract CMS # 40246 Summary ||||||
| Execution Date: 6/7/2012 ||||||
| Termination Date: 5 years plus two 5 year options with stipulation on second 5 year period ||||||
| Master Contract Modification#/Task Order # | CMS # | Effective Date | Amount | Master Task Order Cumulative Amount | Agency |
| Option Letter # 1 (40246) | 87507 | 2/26/2016 | $ - | $ - | OIT |
| Option Letter # 2 (40246) | 100794 | 4/27/2017 | $ 21,980.00 | $ 21,980.00 | OIT |
| Amendment # 1 (40246) | 105178 | 12/1/2017 | $ - | $ 21,980.00 | OIT |
| 1 | 67727 | 4/30/2014 | $ 31,200.00 | $ 53,180.00 | CDLE-DOWC |
| PO | PO EGBA 20151384 | 7/31/2014 | $ 80,000.00 | $ 133,180.00 | CDLE-DOWC |
| 2 | 73975 | 12/1/2014 | $ 1,867,500.00 | $ 2,000,680.00 | CDLE-DOWC |
| TO#2 Amend 1 | 80960 | 6/30/2015 | $ - | $ 2,000,680.00 | CDLE-DOWC |
| 3 | 86990 | 1/25/2016 | $ 465,900.00 | $ 2,466,580.00 | CDLE-DOWC |
| 4 | 86951 | 2/5/2016 | $ 3,927,617.00 | $ 6,394,197.00 | CDLE-UIM |
| TO#4 Amend 1 | 92009 | 6/30/2016 | $ - | $ 6,394,197.00 | CDLE-UIM |
| TO#4 - LOU | N/A | 8/31/2016 | $ - | $ 6,394,197.00 | CDLE-UIM |
| 5 | 86955 | 5/23/2016 | $ 196,800.00 | $ 6,590,997.00 | CDLE-DOWC |
| 6 | 92810 | 8/1/2016 | $ 5,768,258.00 | $12,359,255.00 | CDLE-UIM |
| TO#6 Amend 1 | 101373 | 6/14/2017 | $ 588,240.00 | $12,947,495.00 | CDLE-UIM |
| TO#6 Amend 2 | 107271 | 2/9/2018 | $ 431,915.00 | $13,379,410.00 | CDLE-UIM |
| TO#6 Amend 3 | 110179 | 6/14/2018 | $ - | $13,379,410.00 | CDLE-UIM |
| 7 | 93491 | 8/31/2016 | $ 111,456.00 | $13,490,866.00 | CDLE-DOWC |
| 8 | 95774 | 12/14/2016 | $ 390,440.00 | $13,881,306.00 | CDLE-DOWC |
| 9 | 96250 | 12/30/2016 | $ 123,000.00 | $14,004,306.00 | CDLE-DOWC |
| 10 | 97197 | 2/9/2017 | $ 8,600.00 | $14,012,906.00 | CDLE-DOWC |
| TO#10 Amend 1 | 102458 | 6/28/2017 | $ 13,500.00 | $14,026,406.00 | CDLE-DOWC |
| 11 | 101393 | 6/22/2017 | $ 656,840.00 | $14,683,246.00 | CDLE-DOWC |
| 12 | 101481 | 6/28/2017 | $ 241,875.00 | $14,925,121.00 | CDLE-UIM |
| TO#12 Amend 1 | 103897 | 9/6/2017 | $ 80,324.00 | $15,005,445.00 | CDLE-UIM |
| 13 | 105375 | 10/23/2017 | $ 1,450,000.00 | $16,455,445.00 | CDLE-UIM |
| 14 | 107656 | 3/29/2018 | $ 895,300.00 | $17,350,745.00 | CDLE-UIM |
| TO#14 Amend 1 | 113476 | 9/24/2018 | $ 17,000.00 | $17,367,745.00 | CDLE-UIM |
| 15 | 108950 | 4/30/2018 | $ 1,600,000.00 | $18,967,745.00 | CDLE-UIM |
| 16 | 109477 | 4/30/2018 | $ 30,980.00 | $18,998,725.00 | CDLE-DOWC |
| 17 | 110087 | 6/23/2018 | $ 450,000.00 | $19,448,725.00 | CDLE-DOWC |
| 18 | 110640 | 6/1/2018 | $18,450,000.00 | $37,898,725.00 | CDLE-UIM |
| TO#18 Amend 1 | 113165 | 9/20/2018 | $ 200,000.00 | $38,098,725.00 | CDLE-UIM |
| 19 | 111452 | 6/29/2018 | $ 35,480.00 | $38,134,205.00 | CDLE-DOWC |
| 20 | 122091 | 12/31/2018 | $ 297,096.00 | $38,431,301.00 | CDHS - ACSES |