# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL CULBERTSON, KATHY NEAL, KELLY ALLISON-PICKERING, JESSICA HAIMAN, ALEXANDER CABOT, BRIANA JULIUS, NICHELLE NEWLAND, BERNADETTE NOLEN and ALEXANDRIA POLICHENA, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DELOITTE CONSULTING LLP,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:20-cv-3962-LJL (lead case)<br><br>***Consolidated with***<br>Case No.: 1:20-cv-4129-LJL<br>Case No.: 1:20-cv-4077-LJL<br>Case No.: 1:20-cv-4362-LJL<br>Case No.: 1:20-cv-5070-LJL |

**DECLARATION OF JEFFREY S. GOLDENBERG IN
SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT
OF INTERIM LEAD COUNSEL, INTERIM LIAISON COUNSEL,
AND INTERIM EXECUTIVE COMMITTEE PURSUANT TO FED. R. CIV. P. 23(g)(3)**

　　　　I, Jeffrey S. Goldenberg, declare pursuant to 28 U.S.C. §1746 that the following is true and correct:

　　　　1.　　I am one of the founding partners of the firm Goldenberg Schneider, LPA ("GS") and make this Declaration in support of Plaintiffs' Motion for Appointment of Interim Lead Counsel, Interim Liaison Counsel, and Interim Executive Committee pursuant to Fed. R. Civ. Proc. 23(g) ("Motion").

　　　　2.　　Through the Motion I seek appointment as Interim Lead Counsel in the Consolidated Action, with Frederic S. Fox as Interim Liaison Counsel; and Katrina Carroll, Gary E. Mason, Charles E. Schaffer, John Yanchunis, Tiffany M. Yiatras, Melissa S. Weiner, and Thomas A. Zimmerman as Interim Executive Committee members.

<u>Background Information About Myself and My Firm</u>

3.      I am one of the co-founders of Goldenberg Schneider, LPA, and have been litigating complex civil actions for over twenty-four years.

4.      I have served as lead, co-lead, or class counsel in numerous successful MDLs and class actions. *See, e.g., In re Department of Veterans Affairs (VA) Data Theft Litig.*, MDL No. 1796, No. 1:06-mc-00506 (D.D.C.) (class counsel; $20 million settlement); *In re: Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation*, MDL No. 2316, No. 1:12-MD-2316 (N.D. Ohio) (co-lead counsel; nationwide settlement providing reimbursement for out-of-pocket costs to millions of vehicle owners); *Lynevych v. MercedesBenz USA, LLC*, No. 2:16-cv-881 (D.N.J.) (executive committee member; $700 million nationwide settlement recently announced in diesel emissions fraud litigation); *Sunyak v. City of Cincinnati*, No. 1:11-cv-00445 (S.D. Ohio) (co-lead counsel; employee benefits settlement valued at over $50 million); *Parker v. Berkeley Premium Nutraceuticals*, No. 04 CV 1903 (Ohio C.P. Montgomery) (co-lead counsel; nationwide consumer fraud settlement refunding over $24 million); *Linneman v. Vita-Mix Corporation*, No. 1:15-cv-748 (S.D. Ohio) (class counsel; nationwide defective blender settlement offering replacement blade assemblies valued at $100 to over five million class members)); *Shin v. Plantronics, Inc.*, No. 5:18-cv-5626 (N.D. Cal.) (co-lead counsel; nationwide settlement providing $25 and $50 cash payments to class members); *Hawkins v. Navy Federal Credit Union,* No. 1:19-cv-01186 (E.D. Va.) (co-lead counsel; $9.25 million common fund TCPA settlement); *Bahn v. American Honda Motor Company, Inc*., No. 2:19-cv-05984 (co-lead counsel); *Conti v. American Honda Motor Company, Inc*., No. 2:19-cv-2160 (C.D. Ca.) (co-lead counsel).

5.      During the State Attorney General tobacco litigation battles, I served as Special Counsel representing the State of Ohio against the tobacco industry and was part of the litigation team that achieved an unprecedented $9.86 billion settlement for Ohio taxpayers. This remains

the largest settlement in Ohio history. *See State of Ohio, ex rel., Betty D. Montgomery v. Philip Morris, Inc.*, No. 97-CVH05-5114 (Ohio Ct. Com. Pl. Franklin).

6. Regarding privacy and data breach litigation, I filed the first nationwide class action on behalf of more than 18 million veterans and military members impacted by the August 2006 theft of sensitive personal data. Additional cases filed across the country were consolidated by the Judicial Panel on Multidistrict Litigation ("J.P.M.L.") in the District of Columbia. I, along with proposed Executive Committee member Gary Mason, was appointed class counsel and successfully settled the case for $20 million.

7. I also filed the first nationwide class action lawsuit against Google for violating the Federal Wiretap Act in *In re: Google Inc. Street View Electronic Communications Litigation*, Case No. 3:10-md-02184-CRB (N.D. Cal.). The complaint alleged that Google routinely used Google Street View vehicles equipped with special hardware and software "snoopers" and "sniffers" to illegally intercept and record wireless electronic communications. Numerous other class actions were filed and consolidated by the J.P.M.L. in the Northern District of California. I actively participated in this litigation in conjunction with lead counsel. The case recently settled for $13 million.

8. In addition, I initiated and settled *Estep v. J. Kenneth Blackwell, in his official capacity as Ohio Secretary of State*, Case No. 1:06-cv-106 (S.D. Ohio), a case against the Ohio Secretary of State seeking to end the Internet publication of PII of tens of thousands of individuals. This litigation was efficiently resolved through a comprehensive class-wide settlement whereby the Ohio Secretary of State agreed to implement immediate remedial measures to remove the personal and sensitive information from the Internet. I am also actively participating in the following on-going privacy and data breach class actions: *In re: Marriott International, Inc.*

*Customer Data Security Breach Litigation*, Case No. 8:19-md-02879 (D. Md.); and *Schoolfield v. Wyze,* Case No. 2:20-cv-00282 (W.D. Wa.).

9. I have previously worked with many of the Committee Chairpersons and their firms. For example, I presently work with Mr. Mason and Mr. Schaffer on numerous dog food consumer fraud and mislabeling cases and three data breach cases. Likewise, I have worked cooperatively with John Yanchunis on the Marriott Data breach litigation and have worked with Melissa Wiener on a prior food labeling case.

10. I am co-lead counsel in two other pending class actions being defended by King & Spalding attorneys - *Bahn v. American Honda Motor Company, Inc.*, No. 2:19-cv-05984 (C.D. Cal.); and *Conti v. American Honda Motor Company*, Inc., No. 2:19-cv-2160 (C.D. Cal.).

11. Attached hereto as Exhibits 1 and 2 are my CV and Firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Cincinnati, Ohio on this 27th day of August 2020.

Dated: August 27, 2020  
Cincinnati, Ohio

/s/Jeffrey S. Goldenberg  
Jeffrey S. Goldenberg  
GOLDENBERG SCHNEIDER, LPA

# Exhibit 1

**JEFFREY S. GOLDENBERG**
Goldenberg Schneider, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
(513) 345-8291
www.gs-legal.com

**LEGAL EXPERIENCE**
PARTNER, GOLDENBERG SCHNEIDER, L.P.A. (1998-present) - Civil trial and appellate practice in state and federal courts.  Areas of practice include: class actions, consumer protection, data breach and privacy protection, product defect, long-term care insurance litigation, TCPA litigation, state attorney general cost recoupment including tobacco and pharmaceutical average wholesale price litigation, employment litigation including wage and hour (FLSA), toxic torts, lead poisoning, antitrust, environmental, and commercial disputes.

ATTORNEY, DINSMORE & SHOHL (1994-1998) - General litigation practice with an emphasis on environmental litigation and compliance.

### *Bar Admissions/Licenses*

State of Ohio (admitted since 1994)
United States Court of Appeals for the Second Circuit
United States Court of Appeals for the Sixth Circuit
United States Court of Appeals for the Ninth Circuit
United States District Court for the Southern District of Ohio
United States District Court for the Northern District of Ohio
United States District Court for the Northern District of Illinois

### *Activities/Memberships*

Ohio Association for Justice
American Association for Justice
American Bar Association
Ohio State Bar Association
Cincinnati Bar Association
The Cincinnati Academy of Leadership for Lawyers
Volunteer Attorney for the Ohio Foreclosure Mediation Project
Supreme Court of Ohio Lawyer to Lawyer Mentoring Program
Pro Seniors Legal Volunteer
Board of Directors, Jewish National Fund – Ohio Valley Region
Board of Directors, University of Cincinnati Hillel Jewish Student Center

**EDUCATION**
Indiana University School of Law, Bloomington, Indiana, J.D. 1994
Indiana University School of Public and Environmental Affairs, M.S.E.S. 1994
Indiana University, B.A. Biology, 1988

**JEFFREY S. GOLDENBERG**
**PARTNER, GOLDENBERG SCHNEIDER, LPA**
www.gs-legal.com

Mr. Goldenberg's practice includes class action and complex civil litigation with an emphasis on consumer protection. His practice areas include insurance coverage (including long-term care insurance), consumer fraud, data breach and privacy protection, product defects, overtime and wage and hour, antitrust, toxic torts, and commercial disputes.

Mr. Goldenberg served as lead and/or co-counsel in numerous multi-million dollar complex civil cases throughout the United States, including Continental Casualty Long Term Care Insurance Litigation, City of Cincinnati Pension Litigation, Ford Spark Plug Litigation, Enzyte Consumer Fraud Litigation, GEAE FLSA Litigation, VA Data Theft Litigation, Styrene Railway Car Litigation, Ford and Nissan Auto Defect Litigation, Clayton Home Sales Tax Litigation, Metlife FEGLI Litigation, Mercedes Diesel Emissions Fraud Litigation, MetLife Reduced Pay at 65 Litigation, FCA Chrysler 2.4 Liter Engine Oil Consumption Litigation, Honda Odyssey and Pilot Infotainment Defect Litigation, Vitamix Blender Litigation, and Oriented Strand Board Antitrust Litigation.  Jeff also served as Special Counsel representing the State of Ohio against the Tobacco industry and was part of the litigation team that achieved an unprecedented $9.86 billion settlement for Ohio taxpayers.  He also served as lead counsel on the In re Consolidated Mortgage Satisfaction Cases involving twenty separate class actions.  That litigation resulted in a significant Ohio Supreme Court decision defining key aspects of Ohio class action law.

Mr. Goldenberg earned three degrees from Indiana University: a Bachelor of Arts in Biology in 1988 (Phi Beta Kappa); a Master of Science in Environmental Science in 1994; and his Juris Doctor in 1994. Jeff has practiced in all levels of Ohio trial and appellate courts as well as other courts across the nation, and is admitted to practice in the State of Ohio and the United States District Court for the Southern and Northern Districts of Ohio, the Northern District of Illinois, and the United States Second, Sixth & Ninth Circuit Courts of Appeal. Jeff is a member of the American Association for Justice, the Ohio State Bar Association, and the Cincinnati Bar Association.

# Exhibit 2



4445 LAKE FOREST DRIVE, SUITE 490                                  513-345-8291
CINCINNATI, OHIO  45242                                            WWW.GS-LEGAL.COM

**GOLDENBERG SCHNEIDER, L.P.A**. was founded in 1996 and focuses on prosecuting actions primarily on behalf of plaintiffs in complex civil litigation and class actions. The subject matter of the Firm's past and current representations is broad, ranging from consumer protection actions to privacy protection actions to employment and labor cases that include ERISA, FLSA, and discrimination, to actions for antitrust, defective products, and long-term care insurance. The firm's attorneys are experienced in every level of the state and federal judicial systems in Ohio and the country.

The Firm has demonstrated its capability to successfully represent governmental entities, corporations, and individuals in the most complex types of litigation. Founding partner Jeff Goldenberg served as special counsel to the Ohio Attorney General in prosecuting Ohio's Medicaid recoupment action against the tobacco industry and has served as lead or co-lead counsel on numerous nationwide class actions. The tobacco Medicaid recoupment litigation settled in 1999, resulting in a recovery to the State of Ohio of more than $9.86 billion. Setting aside the substantial, if not immeasurable non-economic components of the settlement, which curb youth smoking and addiction, the settlement's financial proceeds are a multiple of twelve times larger than the prior largest Ohio-based settlement.

Class actions in which one or more of the Firm's attorneys currently serves or served as class counsel include the following:

- *In Re: Veterans' Administration Data Theft Litigation* – Goldenberg Schneider served as co-lead counsel for a nationwide class of approximately 20 million veterans and current members of the military who were impacted by the August 2006 theft of personal data. Multiple actions were consolidated by the Panel on Multidistrict Litigation and sent to the Federal District Court in the District of Columbia. This action was successfully resolved with a $20,000,000 settlement.

- *Estep v. J. Kenneth Blackwell, Ohio Secretary of State* – Goldenberg Schneider served as co-lead counsel on this class action against former Ohio Secretary of State, Ken

   Blackwell, based upon a violation of privacy rights when personal information was unlawfully disclosed in public records accessible through the Secretary's website. The settlement required the Secretary of State to dramatically improve the protection of social security numbers.

- *In re: Google Inc. Street View Electronic Communications Litigation* - In 2010, Goldenberg Schneider and co-counsel filed the first nationwide class action lawsuit against Google for violating the Federal Wiretap Act. The complaint alleges that Google routinely used Google Street View vehicles equipped with special hardware and software "snoopers" and "sniffers" to illegally intercept and record wireless electronic communications. In 2011, the Court denied Google's motion to dismiss the federal wiretapping claim, ruling that plaintiffs stated a viable claim and that none of the statutory exemptions apply to Google's actions. Google appealed to the Ninth Circuit which affirmed the denial. The litigation recently settled for $13 million.

- *In Re*: *Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation* – Goldenberg Schneider served as co-lead counsel for a national class comprised of approximately 4 million Ford vehicle owners who purchased or leased vehicles containing a 5.4 liter 3-valve engine equipped with defective spark plugs and related engine defects. On January 26, 2016, after Plaintiffs had defeated Ford's motion for summary judgment, Judge Benita Pearson of the Northern District of Ohio granted final approval of a nationwide settlement that will provide reimbursement to class members for expenses related to spark plug replacement.

- *Vicki Linneman, et al., v. Vita-Mix Corporation* - Goldenberg Schneider serves as Class Counsel in this recently settled nationwide class action alleging that certain Vita-Mix blenders deposit tiny shards of polytetrafluoroethylene (PTFE), a Teflon-like substance, into foods during use. Under the Settlement, class members can choose between (1) a free replacement blade assembly that does not fleck or (2) a gift card valued at $70.00. About 5 million class members are eligible for these benefits, and the settlement is valued in the hundreds of millions of dollars.

- *Shin v. Plantronics, Inc.* – Goldenberg Schneider serves as Lead Class Counsel in this nationwide class action on behalf of more than 1.2 million consumers who purchased defective Plantronics BackBeat FIT wireless headphones. Following oral argument on

Defendant's motion to dismiss, Goldenberg Schneider and Co-Counsel successfully resolved the litigation on a nationwide class basis through mediation. The court recently granted final approval of the settlement in January 2020.

- *Ulyana Lynevych v. Mercedes-Benz USA, LLC* – Goldenberg Schneider initiated and serves on the Executive Committee in this lawsuit against Mercedes and Bosch alleging that these defendants knowingly programmed Mercedes' Clean Diesel BlueTEC vehicles to emit illegal and dangerous levels of nitrogen oxide (NOx) in virtually all real world driving conditions, and equipped the vehicles with a "defeat device." Goldenberg Schneider and its co-counsel initiated this litigation nearly six months before the U.S. EPA and the California Air Resources Board began their investigation and eventual enforcement actions. A nationwide settlement with Defendant Mercedes valued at over $700 million for the benefit of defrauded consumers was recently announced in August 2020. The litigation remains on-going as to Defendant Bosch, including civil RICO.

- *Navy Federal Credit Union TCPA Litigation* – Goldenberg Schneider serves as co-lead counsel in this action filed in 2019 seeking damages against Navy Federal Credit Union for sending unauthorized text messages in violation of the Telephone Consumer Protection Act. This case recently settled with the creation of a $9,250,000 common fund.

- *City of Cincinnati Pension Litigation* – Goldenberg Schneider and its co-counsel, with the assistance of U.S. District Court Judge Michael Barrett, successfully resolved a series of cases relating to the City of Cincinnati Retirement System, known as the CRS. Judge Barrett granted final approval of the historic and landmark Settlement Agreement on October 5, 2015. The settlement comprehensively reforms the CRS, establishes a consistent level of City funding, and reinstates several key provisions that were eliminated in 2011 changes for employees who were vested in the plan at that time. The settlement benefits for the Current Employees Class members, for whom Goldenberg Schneider was approved as Class Counsel, are valued at approximately $50 million.

- *Bower v. MetLife* – Goldenberg Schneider served as co-lead class counsel on behalf of a nationwide class of beneficiaries of the Federal Employees Group Life Insurance (FEGLI) Policy, the world's largest group life insurance program. Following the Court's Order certifying the nationwide Class, the case was settled in 2012 for $11,500,000.

- *In Re: OSB Antitrust Litigation* – Goldenberg Schneider served on the trial team in a case that alleged illegal collusion and cooperation among the oriented strand board industry. The case was resolved through a series of settlements that collectively exceeded $120,000,000.
- *Parker v. Berkeley Premium Nutraceuticals* – Goldenberg Schneider served as co-lead counsel and certified three nationwide classes in a consumer fraud class action on behalf of purchasers of herbal supplements for false and unproven claims and deceptive credit card practices. This case was successfully resolved with a settlement valued in the millions of dollars. Moreover, class members retained all rights to recover a portion of the nearly $30 million that the U.S. Attorney General seized in a civil forfeiture action. Goldenberg Schneider then recovered an additional $24,000,000 for the victims by prosecuting a successful class-wide Petition for Remission through the forfeiture proceedings.
- *Cates v. Cooper Tire & Rubber Company/ Johnson v. Cooper Tire & Rubber Company* – Goldenberg Schneider served as co-lead counsel for a class of more than a thousand Cooper Tire retirees who claimed that they were entitled to lifetime health care benefits. Goldenberg Schneider secured a judgment on the pleadings, certified the class, and ultimately resolved the case through a settlement valued at over $50,000,000.
- *In Re: Consolidated Mortgage Satisfaction Cases* – Goldenberg Schneider served as lead counsel on behalf of Ohio homeowners against some of the largest national and Ohio banking and lending institutions for their failure to timely record mortgage loan payoffs. The Firm was able to consolidate all twenty actions before one trial judge and successfully upheld all the class certifications before the Ohio Supreme Court. These cases were resolved through multiple settlements valued at millions of dollars.
- *In re: Verizon Wireless Data Charges Litigation* – Goldenberg Schneider filed the first nationwide class action challenging Verizon Wireless' improper $1.99 data usage charges to certain pay-as-you-go customers. Goldenberg Schneider, as a member of the Plaintiffs Advisory Committee, played an active role in this litigation which resulted in benefits to the Class in excess of $50,000,000 in refunds and reimbursement payments.
- *Daffin v. Ford Motor Company* – Goldenberg Schneider and its co-counsel successfully certified an Ohio statewide class on behalf of all Ohio purchasers or lessors of 1999 and

2000 model year Mercury Villager Minivans. The Sixth Circuit upheld the class certification, and the case was resolved through a settlement. The Sixth Circuit decision was one of the first to recognize diminished value as a viable damage model.

- *Meyer v. Nissan North America* – Goldenberg Schneider served as co-lead counsel on behalf of thousands of Nissan Quest minivan owners throughout the United States. The suit alleged that the Quest minivan developed dangerous levels of carbon deposits in the accelerator system causing the gas pedal to stick, resulting in a roadway safety hazard including documented accidents and injuries. The case was resolved by a nationwide settlement that included the application of the vehicle warranty to remedy the problem as well as a refund of prior repair costs.

- *Continental Casualty Long Term Care Insurance Litigation* ("Pavlov Settlement") - Goldenberg Schneider served as Lead Class Counsel in this litigation on behalf of certain CNA long term care policyholders nationwide whose claims for stays at certain facilities were wrongly denied based upon a non-existent 24/7 on-site nursing requirement. The Federal District Court in the Northern District of Ohio granted final approval to a nationwide class action settlement negotiated by Goldenberg Schneider that provided damages to those whose claims were improperly denied and expanded the types of facilities now covered by these policies. The settlement value exceeded $25 million.

- *Carnevale FLSA Class Action* – Goldenberg Schneider served as co-lead counsel on behalf of employees working for a large industrial company that alleged violations of federal and state labor laws through the systematic misclassification of managers and other employees as salaried professionals. This case successfully resolved with a common fund settlement in excess of $5 million.

- *Lesley Conti and Tom Conti v. American Honda Motor Co., Inc.*, - Goldenberg Schneider recently filed a nationwide class action alleging that Honda knowingly sold its 2018-2019 Honda Odyssey, 2019-2020 Honda Passport, and 2019-2020 Honda Pilot vehicles with defective infotainment systems. The infotainment systems in these vehicles behave erratically, malfunctioning, freezing, and creating a safety hazard and distraction. The defect can cause safety-related systems (including backup camera functions) to fail. The court recently denied in large part Defendant's motion to dismiss and the litigation is on-going.