# EXHIBIT C

**From:** Kelly Allison-Pickering
**Sent:** Thursday, July 23, 2020 4:27 PM
**To:** Stephanie Vaaler <svaaler@gs-legal.com>
**Subject:** Fwd: Your confidential information and credit monitoring

---------- Forwarded message ---------
From: **Colorado Department of Labor and Employment** <cdle_ui@state.co.us>
Date: Mon, May 18, 2020, 12:39 PM
Subject: Your confidential information and credit monitoring
To:



## Pandemic Unemployment Assistance

On Saturday, May 16th, we were notified by our vendor of a limited and intermittent data access issue where a handful of individuals within the new Pandemic Unemployment Assistance application were inadvertently able to view other claimants' correspondence. The unauthorized access was identified and blocked within one hour. Although there is no evidence of any widespread data compromise, out of an abundance of caution we are offering you the option of enrolling in 12 months of free credit monitoring.

If you would like to enroll, please complete your request at the link below within 45 days (July 2, 2020).  Once you submit your request, you will be emailed further instructions within 5 business days.  Please know that we hold the confidentiality of your data in the highest regard and our vendor took immediate steps to prevent any unauthorized access in the future

[Credit Monitoring Request Form]

Please do not respond to this automated email. Thank you.

Colorado Department of Labor and Employment

633 17th St, Denver, 80202

Unsubscribe - Unsubscribe Preferences