# EXHIBIT I

Notification from IDES

From: Illinois Department of Employment Security (noreply@illinois.gov)

To:

Date: Thursday, May 21, 2020, 03:29 PM CDT



May 21, 2020

Dear Mark G Niedelson Niedelson:

A limited data access issue recently occurred within the new Pandemic Unemployment Assistance (PUA) system. An analysis found that *one* PUA claimant was able to inadvertently access personal information of a limited number of other PUA claimants when logged into the system last week. That same claimant reported the issue and within an hour, it was corrected to prevent any future unauthorized access.

The information viewed by this one person may have included your name, social security number, and street address associated with your PUA claim. Immediately upon learning of this issue, Deloitte Consulting LLP (Deloitte), the vendor who built and maintains the PUA portal for IDES, began an investigation and stopped any further unauthorized access of claimants' personal information.

Based upon that investigation, there is *no* indication that your personal information was improperly used or is likely to be misused.

Out of an abundance of caution, Deloitte is offering you the option of enrolling in 12 months of free credit monitoring. A one-year membership of Experian's® IdentityWorks℠ identity protection service is available to you, at no cost. Attached to this email is a flyer from Experian IdentityWorks℠ describing the service and providing detailed instructions.

To enroll online for the Experian IdentityWorks℠ credit monitoring service, you can go to the Experian site using the link below. You will be instructed how to initiate the online membership and will need to provide your personal information requested for enrollment. You will also be asked to provide the code listed below to reflect the pre-paid purchase of the credit monitoring service. If you prefer, you can enroll on the phone by speaking with the Experian Customer Care team at 877.890.9332. Please provide engagement number ▓▓▓▓▓▓ as proof of eligibility for the Experian credit monitoring services.

You will have until August 30, 2020, to activate this membership, which will then continue for 12 full months from the date of activation.

Code and link:

- Pre-paid Code: ▓▓▓▓▓▓▓▓▓▓
- Link: https://www.experianidworks.com/3bcredit

In addition, federal law entitles everyone to one free credit report per year from **each** of the three main credit bureaus, and you can obtain information regarding fraud alerts and security freezes from them:

Equifax (800) 525-6285
P.O. Box 740241
Atlanta, GA 30374
www.equifax.com

Experian (888) 397-3742
P.O. Box 2104
Allen, TX 75013
www.experian.com

TransUnion (800) 680-7289
P.O. Box 2000
Chester, PA 19022
www.tuc.com

Finally, to find out more about protecting personal information, visit the Illinois Attorney General's webpage at www.illinoisattorneygeneral.gov and/or the Federal Trade Commission:

Federal Trade Commission, (202) 326-2222
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580
https://www.ftc.gov

We apologize for any concerns or inconvenience that this incident has caused. Please be assured that we take very seriously our responsibility to safeguard the personal information you entrust to our care, and deeply regret that this incident occurred.


Experian IdentityWorks - Flyer.pdf
173.1kB