IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL CULBERTSON, KATHY NEAL, KELLY ALLISON-PICKERING, JESSICA HAIMAN, ALEXANDER CABOT, BRIANA JULIUS, NICHELLE NEWLAND, BERNADETTE NOLEN and ALEXANDREA POLICHENA, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DELOITTE CONSULTING LLP,<br><br>        Defendant. | Case No.: 1:20-cv-3962-LJL |

**NOTICE OF MOTION TO DISMISS OF**
**DEFENDANT DELOITTE CONSULTING LLP**

Defendant Deloitte Consulting LLP ("Deloitte") moves to dismiss Plaintiffs' Amended Consolidated Class Action Complaint ("Amended Complaint") for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) due to Plaintiffs' lack of standing and under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

Deloitte's Motion is based on the Amended Complaint, all documents attached thereto and incorporated by reference, Deloitte's Memorandum of Law in Support, and the Declaration of Phyllis B. Sumner filed contemporaneously herewith.

Respectfully submitted this 21st day of October, 2020.

[*Signature on following page*]

/s/ Phyllis B. Sumner
Phyllis B. Sumner
(Admitted *Pro hac vice*)
Elizabeth D. Adler
(Admitted *Pro hac vice*)
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
psumner@kslaw.com
eadler@kslaw.com
(404) 572-4600

Alvin Y. Lee
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
alvin.lee@kslaw.com
(212) 556-2100

**Counsel for Defendant Deloitte Consulting LLP**