November 2, 2020

Via CM/ECF

Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

      Re:    *Culbertson et al. v. Deloitte Consulting LLP*, No. 1:20-cv-03962-LJL
            *Consolidated with*
            **Case No. 1:20-cv-04129-LJL**
            **Case No. 1:20-cv-04077-LJL**
            **Case No. 1:20-cv-04362-LJL**
            **Case No. 1:20-cv-05070-LJL**

Dear Judge Liman:

      We write on behalf of Defendant Deloitte Consulting LLP ("Deloitte") in the above-captioned cases to further update the Court as to the status of the related action filed against Deloitte in the Northern District of Illinois, *Karns v. Deloitte Consulting LLP*, Case No. 1:20-cv-04952 (N.D. Ill., filed Aug. 24, 2020).

      As previously explained in Deloitte's October 9, 2020 letter to the Court (ECF No. 85), Deloitte filed a Motion to Transfer the *Karns* action to this court on October 8, 2020. In lieu of opposing Deloitte's Motion to Transfer, Plaintiff Karns agreed to execute a joint stipulation consenting to the transfer of her action to this Court. On October 30, 2020, the Honorable Judge John Robert Blakey entered an Order to transfer the *Karns* action to this Court; a courtesy copy is attached hereto.

      Additionally, Deloitte informed Plaintiff Karns that it intends to file a Motion to Dismiss the *Karns* complaint. Deloitte anticipates that its forthcoming Motion to Dismiss the *Karns* complaint will largely incorporate by reference the arguments made in its previously filed Motion to Dismiss Plaintiffs' Amended Consolidated Complaint in the instant actions (ECF No. 88), and that Deloitte will only address any unique claims and allegations in the *Karns* complaint. Accordingly, counsel for Plaintiff Karns and Deloitte have conferred and agreed to extend Deloitte's deadline to move to dismiss the *Karns* Complaint **through and including November 13, 2020**.

Thank you for the Court's attention and consideration of this update.

                                              Respectfully submitted,

                                           */s/ Phyllis B. Sumner*
                                          Phyllis B. Sumner (Admitted *pro hac vice*)
                                          Elizabeth D. Adler (Admitted *pro hac vice*)
                                          1180 Peachtree Street, NE
                                          Suite 1600
                                          Atlanta, GA 30309
                                          psumner@kslaw.com
                                          eadler@kslaw.com
                                          (404) 572-4600

                                          Alvin Y. Lee
                                          King & Spalding LLP
                                          1185 Avenue of the Americas
                                          34th Floor
                                          New York, NY 10036
                                          alvin.lee@kslaw.com
                                          (212) 556-2100

                                          **Counsel for Defendant Deloitte Consulting LLP**

cc: All counsel of record (via ECF)