LAW OFFICES
# PEARSON, SIMON & WARSHAW, LLP
800 LASALLE AVENUE, SUITE 2150
MINNEAPOLIS, MINNESOTA 55402
(612) 389-0600
FAX (612) 389-0610
WWW.PSWLAW.COM

11/23/2020

**SO ORDERED.**

LEWIS J. LIMAN
United States District Judge

November 20, 2020

The request to file under seal is DENIED without prejudice for failure to comply with Individual Practice Rule 2.G. Under that rule, proposed sealed documents must be filed on ECF along with the letter motion. "Supporting papers must be separately filed electronically and may be filed under seal or redacted only to the extent necessary to safeguard information sought to be filed under seal." *Id.*

**VIA ECF**

Judge Lewis J. Liman, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

Re:   *Culbertson et al. v. Deloitte Consulting LLP*
      Case No.:        1:20-cv-3962-LJL
      Our File No.:    5612-00001

Dear Judge Liman:

Pursuant to Your Honor's Individual Practice Rule 2.G and the Standing Order for Electronic Filing Under Seal in Civil and Miscellaneous Cases, 1:19-mc-00583-CM, Plaintiffs seek an Order permitting the filing of a redacted version of the Opposition to Motion to Dismiss which contains purportedly confidential information as set forth in Defendant's letter motion (Dkt. No. 87) and previously ordered by this Court (Dkt. No. 91).

Very truly yours,

PEARSON, SIMON & WARSHAW, LLP

*/s/ Melissa S. Weiner*

MELISSA S. WEINER

*Counsel for Plaintiffs,
Member of the Executive Committee*

msw
945329.1

LOS ANGELES          SAN FRANCISCO          MINNEAPOLIS