UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
PAUL CULBERTSON, KATHY NEAL, KELLY :
ALLISON-PICKERING, JESSICA HAIMAN, :
ALEXANDER CABOT, BRIANA JULIUS, NICHELLE :
NEWLAND, BERNADETTE NOLEN and : 20-cv-3962 (LJL)
ALEXANDREA POLICHENA, individually and on :
behalf of all others similarly situated, : ORDER
:
                       Plaintiffs, :
:
   -v- :
:
DELOITTE CONSULTING LLP, :
:
                       Defendant. :
:
----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021

LEWIS J. LIMAN, United States District Judge:

     Parties are directed to appear for a telephonic status conference on January 25, 2021 at 2:00 p.m. Parties are directed to dial 888-251-2909 and use access code 2123101.

     SO ORDERED.

Dated: January 21, 2021
      New York, New York

                                                           LEWIS J. LIMAN
                                                   United States District Judge