IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL CULBERTSON, KATHY NEAL, KELLY ALLISON-PICKERING, JESSICA HAIMAN, ALEXANDER CABOT, BRIANA JULIUS, NICHELLE NEWLAND, BERNADETTE NOLEN and ALEXANDREA POLICHENA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE CONSULTING LLP,<br><br>Defendant. | Case No.: 1:20-cv-3962-LJL (Lead Case)<br><br>**Consolidated with:**<br>Case No. 1:20-cv-04129-LJL<br>Case No. 1:20-cv-04077-LJL<br>Case No. 1:20-cv-04362-LJL<br>Case No. 1:20-cv-05070-LJL   1/29/2021<br><br>The motion for a stay is GRANTED. Parties are directed to provide the Court with a joint status updated by April 30, 2021.<br><br>SO ORDERED.<br>*/s/ Lewis J. Liman*<br>LEWIS J. LIMAN<br>United States District Judge |

**JOINT MOTION TO STAY**

Defendant Deloitte Consulting LLP ("Deloitte") together with Plaintiffs (collectively, the "Parties") jointly move to stay these consolidated actions for ninety (90) days, and show the Court as follows:

1. Deloitte filed a Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint on October 21, 2020. *See* Dkt Nos. 88-90. Briefing completed on Deloitte's Motion to Dismiss on December 21, 2020. *See* Dkt. No. 111.

2. On January 25, 2021, the parties participated in a telephonic status conference with the Court, during which the Court requested that Deloitte withdraw its Motion to Dismiss without prejudice while the parties explore settlement.

3. Deloitte is contemporaneously filing with this Joint Motion a Notice of Withdrawal of its Motion to Dismiss Without Prejudice. Pursuant to the Court's remarks during the January

1

25 status conference, Deloitte reserves the right to reinstate its Motion to Dismiss by re-filing the complete briefing and supporting documents of all parties as a single package.

4. The Parties request that the Court stay these consolidated actions for ninety (90) days from today's date, until April 29, 2021, in order to provide the parties time to engage in further settlement discussions.

5. At the conclusion of the 90-day period, the Parties will either inform the Court that they have reached an agreement in principle to resolve these actions, or Deloitte will reinstate its Motion to Dismiss as described above.

WHEREFORE, the Parties respectfully request that the Court stay these consolidated actions for ninety (90) days, until April 29, 2021.

Respectfully submitted this 29th day of January 2021.

/s/ Phyllis B. Sumner
Phyllis B. Sumner
(Admitted *Pro hac vice*)
Elizabeth D. Adler
(Admitted *Pro hac vice*)
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
psumner@kslaw.com
eadler@kslaw.com
(404) 572-4600

Alvin Y. Lee
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
alvin.lee@kslaw.com
(212) 556-2100

***Counsel for Defendant Deloitte Consulting LLP***

/s/ *Jeffrey S. Goldenberg* *(with express permission)*
Jeffrey S. Goldenberg
(Admitted *Pro hac vice*)
Goldenberg Schneider, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
jgoldenberg@gs-legal.com
(513) 345-8297

***Interim Lead Counsel for Plaintiffs and Putative Class***

John A. Yanchunis
(Admitted *Pro hac vice*)
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, FL 33602
jyanchunis@forthepeople.com
(813) 275-5272

Amanda Peterson
Morgan & Morgan
90 Broad Street, Suite 1011
New York, NY 10004
apeterson@forthepeople.com
(212) 738-6299

Joseph M. Lyon
(Admitted *Pro hac vice*)
The Lyon Firm, P.C.
2754 Erie Ave
Cincinnati, OH 45208
jlyon@thelyonfirm.com
(513) 381-2333

Charles E. Schaffer
(Admitted *Pro hac vice*)
Levin Fishbein Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com
(215) 592-1500

Gary E. Mason
(Admitted *Pro hac vice*)
Mason Lietz & Klinger LLP
5101 Wisconsin Ave NW, Suite 305
Washington, D.C. 20016
gmason@masonllp.com
(202) 640-1160

Laurence D. King
Matthew B. George
(*Pro hac vice* forthcoming)
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland CA 94612
lking@kaplanfox.com
mgeorge@kaplanfox.com
(415) 772-4700

Frederic S. Fox
David A. Straite
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
ffox@kaplanfox.com
dstraite@kaplanfox.com
(212) 687-1980

Katherine M. Aizpuru
(*Pro hac vice* forthcoming)
Hassan A. Zavareei
(*Pro hac vice* forthcoming)
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, D.C. 20036
kaizpuru@tzlegal.com
hzavareei@tzlegal.com
(202) 973-0900

Melissa S. Weiner
(*Pro hac vice* forthcoming)
Joseph C. Bourne
(*Pro hac vice* forthcoming)
Pearson, Simon & Warshaw, LLP
800 LaSalle Ave., Suite 2150
Minneapolis, MN 55402
weiner@pswlaw.com

bourne@pswlaw.com
(612) 389-0600

Jeff Ostrow
(*Pro hac vice* forthcoming)
Jonathan M. Streisfeld
(*Pro hac vice* forthcoming)
Kopelowitz Ostrow Ferguson
Weiselberg Gilbert
1 West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
ostrow@kolawyers.com
streisfeld@kolawyers.com
(954) 525-4100

Katrina Carroll
(Admitted *pro hac vice*)
Kyle A. Shamberg
Carson Lynch LLP
111 W. Washington St., Suite 1240
Chicago, IL 60602
kcarroll@carsonlynch.com
kshamberg@carsonlynch.com
(312) 750-1265

Jonathan M. Jagher
(*Pro hac vice* forthcoming)
Kimberly A. Justice
(*Pro hac vice* forthcoming)
Freed Kanner London & Millen LLC
923 Fayette Street
Conshohocken, PA 19428
jjagher@fklmlaw.com
kjustice@fklmlaw.com
(610) 234-6487

Tiffany Marko Yiatras
(Admitted *pro hac vice*)
CONSUMER PROTECTION LEGAL, LLC
308 Hutchinson Road
Ellisville, Missouri 63011-2029
tiffany@consumerprotectionlegal.com
(314) 541-0317

Francis J. "Casey" Flynn, Jr.
LAW OFFICE OF FRANCIS J. "CASEY" FLYNN,JR.
3518A Arsenal Street
Saint Louis, Missouri 63118
casey@lawofficeflynn.com
(314) 662-2836

Javier L. Merino (Fed. Bar. No. JM4291)
DANNLAW
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
notices@dannlaw.com
(201) 355-3440

Marc E. Dann
(Admitted *pro hac vice*)
Brian D. Flick
DANNLAW
PO Box 6031040
Cleveland, OH 44103
notices@dannlaw.com
(216) 373-0539

Thomas A. Zimmerman, Jr.
(Admitted *pro hac vice*)
Sharon A. Harris
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
tom@attorneyzim.com
sharon@attorneyzim.com
(312) 440-0020

Matthew Ryan Wilson
(Admitted *pro hac vice*)
Michael Joseph Boyle, Jr.
(Admitted *pro hac vice*)
Meyer Wilson Co., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
mwilson@meyerwilson.com
mboyle@meyerwilson.com
(614) 224-6000

***Counsel for Plaintiffs***