UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
PAUL CULBERTSON, KATHY NEAL, :
KELLY ALLISON-PICKERING, JESSICA :
HAIMAN, ALEXANDER CABOT, BRIANA :
JULIUS, NICHELLE NEWLAND, :
BERNADETTE NOLEN, ALEXANDREA : CASE NO. 1:20-cv-3962-LJL
POLICHENA, and MARK NIEDELSON, :
individually and on behalf of all others similarly :
situated, :
: JUDGE LEWIS J. LIMAN
        Plaintiffs, :
:
-v- :
:
DELOITTE CONSULTING LLP, :
:
        Defendant. :
:
------------------------------------------------------- X

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN**

    Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Paul Culbertson, Kathy Neal, Kelly Allison-Pickering, Alexander Cabot, Briana Julius, Nichelle Newland, Bernadette Nolen, Alexandra Polichena, and Mark Niedelson (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for preliminary approval of the proposed class action settlement. In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan; the Declaration of Jeffrey S. Goldenberg ("Goldenberg Decl."); the Declaration of Steven Weisbrot, Esq. of Angeion Group, LLC Re: The Proposed Notice Plan; and the Settlement Agreement (and exhibits thereto) which is attached to the Goldenberg Decl. as Exhibit A filed contemporaneously

with this Motion; the records, pleadings, and papers filed in this action; and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: August 18, 2021                          Respectfully submitted,

                                                By: /s/Frederic S. Fox

                                                GOLDENBERG SCHNEIDER, L.P.A.
                                                Jeffrey S. Goldenberg*
                                                4445 Lake Forest Drive, Suite 490
                                                Cincinnati, OH  45242
                                                Phone: (513) 345-8297
                                                Fax:    (513) 345-8294
                                                jgoldenberg@gs-legal.com
                                                **Interim Lead Counsel**

                                                KAPLAN FOX & KILSHEIMER LLP
                                                Frederic S. Fox (S.D.N.Y. Bar FF9102)
                                                850 Third Avenue
                                                New York, NY 10022
                                                Phone: (212) 687-1980
                                                Fax:    (212) 687-7714
                                                ffox@kaplanfox.com
                                                **Interim Liaison Counsel**

                                                LEVIN SEDRAN & BERMAN, LLP
                                                Charles E. Schaffer*
                                                510 Walnut Street – Suite 500
                                                Philadelphia, PA  19106-3697
                                                Phone: (215) 592-1500
                                                cschaffer@lfsblaw.com
                                                **Interim Executive Committee**

                                                MORGAN & MORGAN
                                                John A. Yanchunis*
                                                201 North Franklin Street, 7th Floor
                                                Tampa,  Florida 33602
                                                Phone: (813) 275-5272
                                                JYanchunis@ForThePeople.com
                                                **Interim Executive Committee**

                                                PEARSON, SIMON & WARSHAW, LLP
                                                Melissa S. Weiner*

800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Phone: (612) 389-0600
Fax:     (612) 389-0610
mweiner@pswlaw.com
**Interim Executive Committee**

CARLSON LYNCH LLP
Katrina Carroll*
111 W. Washington Street, Suite 1240
Chicago, IL  60602
Phone: (312) 750-1265
*kcarroll@carlsonlynch.com*
**Interim Executive Committee**

ZIMMERMAN LAW OFFICES, P.C.
Thomas A. Zimmerman, Jr.*
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Phone: (312) 440-0020
Fax:     (312) 440-4180
tom@attorneyzim.com
**Interim Executive Committee**

MASON LIETZ & KLINGER LLP
Gary E. Mason*
5101 Wisconsin Avenue, NW, Suite 305
Washington, D.C. 20016
Phone: (202) 640-1160
*gmason@masonllp.com*
**Interim Executive Committee**

CONSUMER PROTECTION LEGAL, LLC
Tiffany Marko Yiatras*
308 Hutchinson Road
Ellisville, Missouri  63011-2029
Phone: (314) 541-0317
*tiffany@consumerprotectionlegal.com*
**Interim Executive Committee**

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (S.D.N.Y. Bar LK7190)
Matthew B. George*
1999 Harrison Street, Suite 1560
Oakland, California 94612
Phone: (415) 772-4700

Fax:     (415) 772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*

MORGAN & MORGAN
Amanda Peterson (Fed. Bar No. AP1797)
90 Broad Street, Suite 1011
New York, NY 10004
Phone: (212) 738-6299
*apeterson@forthepeople.com*

THE LYON FIRM, P.C.
Joseph M. Lyon*
2754 Erie Ave
Cincinnati, Ohio 45208
Phone: (513) 381-2333
*jlyon@thelyonfirm.com*

TYCKO & ZAVAREEI LLP
Hassan A. Zavareei*
Katherine M. Aizpuru (Fed. Bar No. 5305990)
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Phone: (202) 973-0900
Fax:     (202) 973-0950
*hzavareei@tzlegal.com*
*kaizpuru@tzlegal.com*

KOPELOWITZ OSTROW FERGUSON
   WEISELBERG GILBERT
Jeff Ostrow**
Jonathan M. Streisfeld*
1 West Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
Phone: (954) 525-4100
Fax:     (954) 525-4300
*ostrow@kolawyers.com*
*streisfeld@kolawyers.com*

DANNLAW
Javier L. Merino (Fed. Bar. No. JM4291)
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Phone: (201) 355-3440
Fax:     (216) 373-0536
*notices@dannlaw.com*

DANNLAW
Marc E. Dann*
Brian D. Flick*
PO Box 6031040
Cleveland, OH 44103
Phone: (216) 373-0539
Fax:    (216) 373-0536
*notices@dannlaw.com*

FREED KANNER LONDON & MILLEN LLC
Jonathan M. Jagher*
Kimberly A. Justice **
923 Fayette Street
Conshohocken, PA 19428
Phone: (610) 234-6487
*jjagher@fklmlaw.com*
*kjustice@fklmlaw.com*

LAW OFFICE OF FRANCIS J. "CASEY" FLYNN, JR.
Francis J. "Casey" Flynn, Jr.**
3518A Arsenal Street
Saint Louis, Missouri 63118
Phone: (314) 662-2836
*casey@lawofficeflynn.com*

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
Daniel A. Edelman*
20 S. Clark Street, Suite 1500
Chicago, IL  60603
Phone: (312) 917-4502 (direct)
dedelman@edcombs.com

MEYER WILSON CO., LPA
Michael Joseph Boyle , Jr.*
Matthew Ryan Wilson*
305 W. Nationwide Blvd.
Columbus, OH 43215
Phone: 614-224-6000
mboyle@meyerwilson.com
mwilson@meyerwilson.com

*Attorneys for Plaintiffs and the Settlement Class*

*Admitted *Pro Hac Vice*
***Pro Hac Vice* Motion forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2021, I caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN** with the Clerk of the Court for the Southern District of New York via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.

Date: August 18, 2021

/s/ Frederic S. Fox
Frederic S. Fox
**KAPLAN FOX & KILSHEIMER LLP**