UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PAUL CULBERTSON, KATHY NEAL, KELLY ALLISON-PICKERING, JESSICA HAIMAN, ALEXANDER CABOT, BRIANA JULIUS, NICHELLE NEWLAND, BERNADETTE NOLEN, ALEXANDREA POLICHENA, and MARK NIEDELSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> -v- <br><br> DELOITTE CONSULTING LLP, <br><br> Defendant. | CASE NO. 1:20-cv-3962-LJL <br><br> JUDGE LEWIS J. LIMAN |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND EXPENSES, AND SERVICE AWARDS**

Pursuant to the Settlement Agreement [ECF No. 143-1] and Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Paul Culbertson, Kathy Neal, Kelly Allison-Pickering, Alexander Cabot, Briana Julius, Nichelle Newland, Bernadette Nolen, Alexandra Polichena, and Mark Niedelson (collectively, "Plaintiffs"), individually and as the Class Representatives on behalf of all others similarly situated, hereby move this Court for order approving the payment of (1) $1,649,835 for attorney fees (33.33% of the $4,950,000 common fund); (2) $21,091.31 for reimbursement of expenses; and (3) a $2,000 service award for each Class Representative. The legal and factual bases supporting this Motion are fully set forth in Plaintiffs' Memorandum of Law in Support of Motion for Attorneys' Fees, Litigation Costs and Expenses, and Service Awards, the Second Declaration of Jeffrey S. Goldenberg and Exhibits thereto, as well as

1

Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement Agreement [ECF No. 130] incorporated herein by reference. A proposed Order granting this Motion will be provided as an attachment to the Motion for Final Approval of the Class Action Settlement due to be filed on January 10, 2022.

Dated: December 3, 2021                     Respectfully submitted,

By: /s/Jeffrey S. Goldenberg

GOLDENBERG SCHNEIDER, L.P.A.
Jeffrey S. Goldenberg*
4445 Lake Forest Drive, Suite 490
Cincinnati, OH  45242
Phone: (513) 345-8297
jgoldenberg@gs-legal.com
**Interim Lead Counsel**

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox (S.D.N.Y. Bar FF9102)
850 Third Avenue
New York, NY 10022
Phone: (212) 687-1980
ffox@kaplanfox.com
**Interim Liaison Counsel**

LEVIN SEDRAN & BERMAN, LLP
Charles E. Schaffer*
510 Walnut Street – Suite 500
Philadelphia, PA  19106-3697
Phone: (215) 592-1500
cschaffer@lfsblaw.com
**Interim Executive Committee**

MORGAN & MORGAN
John A. Yanchunis*
201 North Franklin Street, 7th Floor
Tampa,  Florida 33602
Phone: (813) 275-5272
JYanchunis@ForThePeople.com
**Interim Executive Committee**

2

PEARSON, SIMON & WARSHAW, LLP
Melissa S. Weiner*
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Phone: (612) 389-0600
mweiner@pswlaw.com
**Interim Executive Committee**

CARLSON LYNCH LLP
Katrina Carroll*
111 W. Washington Street, Suite 1240
Chicago, IL  60602
Phone: (312) 750-1265
*kcarroll@carlsonlynch.com*
**Interim Executive Committee**

ZIMMERMAN LAW OFFICES, P.C.
Thomas A. Zimmerman, Jr.*
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Phone: (312) 440-0020
tom@attorneyzim.com
**Interim Executive Committee**

MASON LIETZ & KLINGER LLP
Gary E. Mason*
5101 Wisconsin Avenue, NW, Suite 305
Washington, D.C. 20016
Phone: (202) 640-1160
*gmason@masonllp.com*
**Interim Executive Committee**

CONSUMER PROTECTION LEGAL, LLC
Tiffany Marko Yiatras*
308 Hutchinson Road
Ellisville, Missouri  63011-2029
Phone: (314) 541-0317
*tiffany@consumerprotectionlegal.com*
**Interim Executive Committee**

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (S.D.N.Y. Bar LK7190)
Matthew B. George*
1999 Harrison Street, Suite 1560
Oakland, California 94612
Phone: (415) 772-4700

3

*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*

MORGAN & MORGAN
Amanda Peterson (Fed. Bar No. AP1797)
90 Broad Street, Suite 1011
New York, NY 10004
Phone: (212) 738-6299
*apeterson@forthepeople.com*

THE LYON FIRM, P.C.
Joseph M. Lyon*
2754 Erie Ave
Cincinnati, Ohio 45208
Phone: (513) 381-2333
*jlyon@thelyonfirm.com*

TYCKO & ZAVAREEI LLP
Hassan A. Zavareei*
Katherine M. Aizpuru (Fed. Bar No. 5305990)
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Phone: (202) 973-0900
*hzavareei@tzlegal.com*
*kaizpuru@tzlegal.com*

KOPELOWITZ OSTROW FERGUSON
  WEISELBERG GILBERT
Jonathan M. Streisfeld*
1 West Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
Phone: (954) 525-4100
*streisfeld@kolawyers.com*

DANNLAW
Javier L. Merino (Fed. Bar No. JM4291)
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Phone: (201) 355-3440
*notices@dannlaw.com*

DANNLAW
Marc E. Dann*
Brian D. Flick*
PO Box 6031040
Cleveland, OH 44103
Phone: (216) 373-0539
*notices@dannlaw.com*

FREED KANNER LONDON & MILLEN LLC
Jonathan M. Jagher*
923 Fayette Street
Conshohocken, PA 19428
Phone: (610) 234-6487
*jjagher@fklmlaw.com*

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
Daniel A. Edelman*
20 S. Clark Street, Suite 1500
Chicago, IL  60603
Phone: (312) 917-4502 (direct)
dedelman@edcombs.com

MEYER WILSON CO., LPA
Michael Joseph Boyle , Jr.*
Matthew Ryan Wilson*
305 W. Nationwide Blvd.
Columbus, OH 43215
Phone: 614-224-6000
mboyle@meyerwilson.com
mwilson@meyerwilson.com

*Attorneys for Plaintiffs and the Settlement Class*

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2021, I caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND EXPENSES, AND SERVICE AWARDS** with the Clerk of the Court for the Southern District of New York via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.

Date: December 3, 2021                    */s/Jeffrey S. Goldenberg*