**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- X
PAUL CULBERTSON, KATHY NEAL,    :    **CASE NO.** 1:20-cv-3962-LJL
KELLY ALLISON-PICKERING,    :
ALEXANDER CABOT, BRIANA JULIUS,    :
NICHELLE NEWLAND, BERNADETTE    :
NOLEN,ALEXANDREA POLICHENA, and    :
MARK NIEDELSON, individually and on    :
behalf of all others similarly situated,    :
Plaintiffs,    :
-v-    :
DELOITTE CONSULTING LLP,    :
          Defendant.    :
-------------------------------------------------------------- :
                                      X

## <u>FINAL APPROVAL ORDER AND JUDGMENT</u>

The Court hereby directs that final judgment be entered consistent with the terms outlined

in this Court's February 16, 2022 written final approval order (ECF No. 159).  Plaintiffs' claims

are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:    4/1/2022                                    

                                        Hon. Lewis J. Liman
                                        United States District Judge