UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PAUL CULBERTSON, KATHY NEAL, KELLY
ALLISON-PICKERING, ALEXANDER CABOT,
JESSICA HAIMAN, BRIANA JULIUS, NICHELLE
NEWLAND, BERNADETTE NOLEN, ALEXANDRIA
POLICHENA, *and* MARK NIEDELSON, *individually
and on behalf of all others similarly situated*,

                                     Plaintiffs,

      -v-

DELOITTE CONSULTING LLP,

                                    Defendant.
-------------------------------------------------------------------X

20-cv-3962

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2022

LEWIS J. LIMAN, United States District Judge:

       The parties are directed to jointly prepare a final judgment setting forth in the body of the final judgment specific terms consistent with the Court's Order of February 16, 2022 at Dkt. No. 159 and to submit it to the Court by April 11, 2022. It is not sufficient to refer to terms set forth in a document at a different docket entry.

Dated: April 4, 2022
       New York, New York

                                                        LEWIS J. LIMAN
                                                United States District Judge